**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHERIE BOYER,<br>In Her Individual Capacity, and<br>As Next Friend of S.B., a Minor,<br><br>*Plaintiffs*,<br><br>vs.<br><br>GATEWAY REGION YOUNG MEN'S<br>CHRISTIAN ASSOCIATION,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 4:24-CV-00653-HEA |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Cherie Boyer for herself, and by and on behalf of ("S.B.") as his Mother and Next Friend,, and hereby stipulates and agrees that this action and all of their claims against Defendant Gateway Region Young Men's Christian Association shall be, and hereby are, dismissed with prejudice. Each Party shall bear their/its own costs and attorneys' fees.

Daniel J. Rhoads
Daniel J. Rhoads, 59590 MO
**THE RHOADS FIRM, LLC**
8123 Delmar Blvd., Suite 200
St. Louis, MO 63130
Phone: (855) 895-0997
Fax: (314) 754-9103
therhoadsfirmllc@gmail.com
*Attorney for Plaintiff*
*S.B., a minor, by and through*
*Next Friend, Cherie Boyer*

Respectfully submitted,

**THE HESSE GROUP, LLC**

By:*/s/ Willie T. McGarryl*
Daniel J. Doetzel, #46788MO
Willie T. McGarry, #68244MO
13354 Manchester Road, Suite 210
St. Louis, MO 63131
(314) 480-3937 – Telephone
(314) 480-3938 – Facsimile
dandoetzel@hgstl.com
williemcgarry@hgstl.com

*Attorney for Defendant Gateway Region Young Men's Christian Association*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF system on this 23rd day of November 2026 and will be served electronically to:

Daniel J. Rhoads
THE RHOADS FIRM, LLC
8123 Delmar Blvd., Suite 200
St. Louis, MO 63130
(855) 895-0997 – Telephone
(314) 754-9103 – Facsimile
therhoadsfirmllc@gmail.com

*Attorney for Plaintiffs*

*/s/ Willie T. McGarry*